IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREE JANKOWSKI,<br><br>            Plaintiff,<br><br>    vs.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Defendant. | **4:23CV3169**<br><br>**MEMORANDUM AND ORDER** |

The Court entered a Memorandum and Order on today's date directing Plaintiff to either file a request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees because she had been released from custody. Filing No. 7. After the Court's Memorandum and Order was entered, the Court received and docketed Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Filing No. 8. Upon review of Plaintiff's motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2. The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

3. Plaintiff is advised that she does not need to take any action based on the Court's previous Memorandum and Order also dated October 13, 2023, as the Court has received and granted her request to proceed in forma pauperis as a non-prisoner. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28

U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 13th day of October, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge